UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MATA,<br><br>                        Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED *et al.*,<br><br>                        Defendants. | Case No.: 20-CV-596-DMS(WVG)<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY, DATES, AND DEADLINES**<br><br>**[Doc. No. 24.]** |

For good cause shown, all discovery, dates, and deadlines in the above-captioned case are hereby STAYED until **February 25, 2021**. The parties are directed to finalize the settlement and file a joint motion to dismiss as soon as possible. The parties shall file a joint status report on **February 26, 2021** if a joint motion to dismiss has not been filed by that date.

**IT IS SO ORDERED.**

DATED: October 29, 2020

                                                         Hon. William V. Gallo
                                                         United States Magistrate Judge